UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| GLENNON O. WIX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2 08 0079 |
| v. ) | (No. 2:08mc0004) |
| ) | Judge Echols |
| JERRY & OPAL WALKER, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court has before it a *pro se* complaint filed by a resident of Westmoreland, Tennessee. The plaintiff also has submitted an application to proceed *in forma pauperis*.

It appears from his application that the plaintiff lacks sufficient financial resources to pay the filing fee. Therefore, the Clerk will **FILE** the complaint *in forma pauperis*. 28 U.S.C § 1915(a). However, process shall **NOT** issue.

As reasoned in the memorandum entered contemporaneously herewith, this action is **DISMISSED** for want of jurisdiction and frivolity. Because an appeal from the judgment rendered herein would **NOT** be taken in good faith, the plaintiff is **NOT** certified to pursue an appeal from this judgment *in forma pauperis*. 28 U.S.C. § 1915(a)(3).

Entry of this Order shall constitute the judgment in this action.

It is so **ORDERED**.

Robert L. Echols
United States District Judge